**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CARLOS GONZALEZ, as Principal,**
**Raptor Plumbing HVAC LLC** **PLAINTIFF**

**v.** **CASE NO. 2:26-CV-00092-BSM**

**DOES** **DEFENDANTS**

# JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of August, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE