**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CARLOS GONZALEZ, as Principal,**
**Raptor Plumbing HVAC LLC** **PLAINTIFF**

**v.** **CASE NO. 2:26-CV-00092-BSM**

**FORREST CITY, ARKANSAS, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of September, 2026.

UNITED STATES DISTRICT JUDGE